| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF TEXAS** | United States Bankruptcy Court<br>Southern District of Texas<br>**ENTERED**<br>June 18, 2025<br>Nathan Ochsner, Clerk |

In Re:   Sandra Dee Urbach

Case No.: 25–33136

Debtor

Chapter: 13

---

### ORDER OF DISMISSAL

Appropriate notice having been given that the case would be dismissed without further notice if the debtor failed to comply with the Deficiency Order issued in this case, and

The Clerk having informed the court that the debtor has failed to satisfy the deficiency, as set out in the docket entry for this order

**It is ORDERED that this case is DISMISSED.**

Signed and Entered on Docket: 6/18/25

MARVIN ISGUR
United States Bankruptcy Judge